UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Citigroup Global Markets, Inc., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-05-3849 |
| Debra M. Bacon, | § § | |
| Defendant. | § § | |

# Order

The motion for sanctions by Citigroup is denied without prejudice. (71)

Signed on September 8, 2010, at Houston, Texas.

                               Lynn N. Hughes
                         United States District Judge