# BRADEN W. SPARKS, P.C.

*Attorney at Law*

A PROFESSIONAL CORPORATION

8117 Preston Road, Suite 800 | Dallas, Texas 75225 | 214.750.3372 | 214.696.5971 fax | brady@sparkslaw.com

*Board Certified - Civil Trial Law, Texas Board of Legal Specialization (1994)*

February 22, 2011

Hon. Lynn N. Hughes
United States District Court
515 Rusk Avenue, Room 5300
Houston, TX 77002-2605



RE:    **Cause No. 05-3849, USDC Southern District, TX**
       **Citigroup Global Markets Inc. f/k/a Salomon Smith Barney vs.**
       **Debra A. Bacon**

Dear Judge Hughes:

I am writing the Court out of concern for the welfare of my client, Debra Bacon, who is the Respondent in this vacatur action.

Ms. Bacon's ability to plan for her retirement years is limited. She will be 56 years of age in April. Over nine years have elapsed since the facts giving rise to this action, which involves $218,000 in funds from her retirement account.

Citibank's amended motion for vacatur was filed on October 29, 2010. All issues in controversy have now been fully briefed, and the matter is before the court for a determination.

In light of the foregoing, I respectfully request that the Court render a decision in this matter at the earliest reasonable opportunity.

Very Truly Yours,

Braden W. Sparks

BWS/dkb
\\Sbs2k3\bws data\Client Files\7043 Bacon - Citigroup Appeal\Draft\2011 02 21 Sparks to Judge.doc

cc:    Client
       Dan Kirshbaum, Esq. (via email)
       Andrew Harvin, Esq. (via email)