LAW OFFICES
# BRADEN W. SPARKS, P.C.
A PROFESSIONAL CORPORATION

8117 Preston Road
800 Preston Commons West
Dallas, Texas 75225
(214) 750-3372 (Phone)
(214) 696-5971 (Fax)
brady@sparkslaw.com

BRADEN W. ("BRADY") SPARKS
BOARD CERTIFIED - CIVIL TRIAL LAW 1994
TEXAS BOARD OF LEGAL SPECIALIZATION

United States District Court
Southern District of Texas
FILED

AUG 1 2 2011

David J. Bradley, Clerk of Court

August 8, 2011

Hon. Lynn N. Hughes
United States District Court
515 Rusk Avenue, Room 5300
Houston, TX 77002-2605

RE: Cause No. 05-3849, USDC Southern District, TX
*Citigroup Global Markets Inc. f/k/a Salomon Smith Barney vs. Debra A. Bacon*

Dear Judge Hughes:

Respectfully, I again write the Court out of concern for the welfare of my client, Debra Bacon, Respondent in this vacatur action.

This matter involves the withdrawal of $218,000 of Respondent's retirement funds. Approximately ten (10) years have now elapsed since the withdrawals commenced. Respondent is now 56 years of age, and her ability to plan for retirement is increasingly limited. Over two years have passed since the case was remanded to this Court for further proceedings. All issues have been briefed and the matter is before the court for a determination on the merits.

In light of the foregoing, I respectfully request that the Court render a decision in this matter.

- Page 2

August 8, 2011

Very Truly Yours,

Braden W. Sparks

BWS/dkb
\\Sbs2k3\bws data\Client Files\7043 Bacon - Citigroup Appeal\Letter - USDC So Dist\2011 07 26 Sparks to Judge.doc

cc: Client
Dan Kirshbaum, Esq. (via email)
Andrew Harvin, Esq. (via email)