LAW OFFICES
# BRADEN W. SPARKS, P.C.
A PROFESSIONAL CORPORATION

8117 Preston Road
800 Preston Commons West
Dallas, Texas 75225
(214) 750-3372 (Phone)
(214) 696-5971 (Fax)
**brady@sparkslaw.com**

BRADEN W. ("BRADY") SPARKS
BOARD CERTIFIED - CIVIL TRIAL LAW 1994
TEXAS BOARD OF LEGAL SPECIALIZATION

March 14, 2013

Hon. Lynn N. Hughes
United States District Court
515 Rusk Avenue, Room 5300
Houston, TX 77002-2605

RE: Cause No. 05-3849, USDC Southern District, TX
*Citigroup Global Markets Inc. f/k/a Salomon Smith Barney vs. Debra A. Bacon*

Dear Judge Hughes:

I am writing to ask the Court to render a decision Plaintiff's Amended Motion for Vacatur, filed in this action on October 29, 2010. All briefing has been before the Court on this issue for over two years. I have previously written the Court on two occasions, February 22, 2011 and August 8, 2011, requesting a decision on this issue. While the Court's docket is undoubtedly full, and there are numerous pressing matters that deserve the Court's careful attention, further delay may significantly harm my client's interests. Therefore, I must, once again, respectfully request the Court to resolve the issue without further delay.

Very Truly Yours,

Braden W. Sparks

BWS/dkb
\\Sbs2k3\bws data\Client Files\7043 Bacon - Citigroup Appeal\Letter - USDC So Dist\2013 03 13 Sparks to Judge -

cc: Client
    Andrew Harvin, Esq. (via email)